## GOODWIN v. INVESTORS LIFE INS. CO. OF NORTH AMERICA

No. 474PA91

Case below: 104 N.C.App. 138

Petition by defendant (Investors Life Insurance Company of North America) for discretionary review pursuant to G.S. 7A-31 allowed 9 January 1992.

## HAUGHN v. FIRST-CITIZENS BANK & TRUST CO.

No. 414P90

Case below: 99 N.C.App. 582

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 9 January 1992.

## IN RE ESTATE OF TUCCI

No. 495PA91

Case below: 104 N.C.App. 142

Petition by Estate of Tucci for discretionary review pursuant to G.S. 7A-31 allowed 9 January 1992.

## IN RE FINNICAN

No. 519P91

Case below: 104 N.C.App. 157

Motion by guardian ad litem (Gillespie) and petitioner appellee to dismiss appeal by intervenor for lack of a substantial constitutional question allowed 9 January 1992. Petition by intervenor for writ of certiorari to the North Carolina Court of Appeals denied 9 January 1992. Notice of appeal by petitioner appellant dismissed 9 January 1992. Petition by petitioner appellant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.